UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARVEY FAIR,

    Plaintiff,

v.                                    Case No: 6:18-cv-878-Orl-40TBS

GREENWAY CHRYSLER-JEEP-
DODGE, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Compel Arbitration and Stay Judicial Proceedings (Doc. 5) filed on June 12, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 13, 2018 (Doc. 6), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion to Compel Arbitration and Stay Judicial Proceedings (Doc. 5) is **GRANTED** to the extent it compels the parties to arbitrate this controversy in accordance with the terms of their agreement.

3. The Clerk is **DIRECTED** to administratively close the file.

4. The parties are **DIRECTED** to file a status report at least once every 90 days reporting on the status of their arbitration.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2018.

*/s/ Paul G. Byron*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties